**Opinion issued January 18, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-23-00841-CV**

———————————

**STEALTH ONSITE SOLUTIONS, L.L.C., Appellant**

**V.**

**RESOLUTE ENVIROMENTAL & RESPONSE SERVICES LLC, Appellee**

---

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Case No. 2023-15102**

---

**MEMORANDUM OPINION**

Appellant Stealth Onsite Solutions, L.L.C. has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE §§ 51.207, 51.208, 51.941(a), 101.041; Order, Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before

the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015).  After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 5, 42.3(b), (c).

We therefore dismiss the appeal for nonpayment of all required fees. TEX. R. APP. P. 42.3(b), (c).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Landau and Rivas-Molloy.